Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Cindy Chan (SBN 247495)
cchan@blakelylawgroup.com
BLAKELY LAW GROUP
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401

NO JS-6

*Attorneys for Plaintiff Chanel, Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL, INC., a New York Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GRACE JEWELRY, an unknown business entity; PARSIH DEMIRJIAN, an individual; BELLISSIMA ACCESSORY, an unknown business entity;  KYUNG CHUL IM, an individual; K.H. JEWELERY INTERNATIONAL, an unknown business entity; U HONG KUAN, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | ) CASE NO. CV 14-07795 DDP (JPRx)<br>)<br>) **ORDER RE CONSENT JUDGMENT**<br>) **INCLUDING PERMANENT**<br>) **INJUNCTION AND VOLUNTARY**<br>) **DISMISSAL OF DEFENDANTS K.H.**<br>) **JEWELRY INTERNATIONAL AND U**<br>) **HONG KUAN WITH PREJUDICE**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  **Honorable Dean D. Pregerson**<br>)<br>) |

**WHEREAS Plaintiff Chanel, Inc.** ("Chanel") having filed a Complaint in this action charging, inter alia, **Defendants K.H. Jewelry International** and **U Hong Kuan** (collectively "Defendants") with Trademark Counterfeiting, Trademark Infringement, False Designations of Origin, Trademark Dilution, Unfair Competition, and related state law claims arising from Defendants' unauthorized manufacture, production, distribution, advertisement, offering for sale, and/or sale of apparel bearing unauthorized reproductions of the Chanel Marks, and the parties herein having simultaneously entered into a Settlement Agreement and Mutual Release; and the

1

**[Proposed] Order**

parties hereto desiring to fully settle all of the claims in this action among the parties to this Final Judgment;

**WHEREAS** Defendants have agreed to consent to the below judgment, **IT IS HEREBY ORDERED** that:

1.     This Court has jurisdiction over the parties to this Final Consent Judgment and has jurisdiction over the subject matter hereof pursuant to 15 U.S.C. § 1121.

2.     Chanel is the owner of the entire right, title and interest in and to the "Chanel Marks" set forth below.

| Trademark | U.S. Reg. No. | Registration Date | Class(es)/Goods |
|---|---|---|---|
| CHANEL | 3,133,139 | August 22, 2006 | Class 14: Jewelry and Watches |
| CHANEL | 0,902,190 | November 10, 1970 | Class 14: Bracelets, Pins and Earrings |
| CHANEL | 0,612,169 | September 13, 1955 | Class 14: Necklaces |
| | 1,501,898 | August 30, 1988 | Class 14: Costume Jewelry<br><br>Class 25: Blouses, Shoes, Belts, Scarves, Jackets, Men's Ties<br><br>Class 26: Brooches, buttons for clothing. |
| | 3,025,936 | December 13, 2005 | Class 9: Eyeglass frames, Sunglasses<br><br>Class 26: Hair accessories, namely barrettes |
| | 1, 241, 264 | June 7, 1983 | Class 25:  Suits, Jackets, Skirts, Dresses, Pants, Blouses, Tunics, Sweaters, Cardigans, Tee-Shirts, |

| | | | Coats, Raincoats, Scarves, Shoes and Boots |
|---|---|---|---|
| **CHANEL** ⓒⓒ | 1,464,711 | November 10, 1987 | Class 26: Barrettes, Hair Clips, Hair Bands, Hair Bows, Artificial Flowers |
| **N°5** | 3,149,203 | September 26, 2006 | Class 14: Jewelry |

3.     Chanel has alleged that Defendants' purchase, importation, distribution, advertisement, offering for sale, and sale of products which infringe upon the Chanel Marks ("Infringing Products") constitute trademark infringement, trademark dilution, and unfair competition under the Lanham Trademark Act, and under the common law.

4.     Judgment shall be entered in favor of Chanel in the amount of **$500,000.00** against Defendants, to be jointly and severally liable, with respect to Chanel's claims as set forth in the Complaint filed in the present action.

5.     Defendants and their agents, servants, employees and all entities and/or persons in active concert and participation with them who receive actual notice of this Final Consent Judgment are hereby permanently restrained and enjoined from infringing upon the Chanel Marks either directly or contributorily in any manner, including:

(a)     Manufacturing, purchasing, producing, distributing, circulating, selling, offering for sale, importing, exporting, advertising, promoting, displaying, shipping or marketing products bearing the Chanel Marks, and/or marks identical and/or confusingly similar thereto;

(b)     Delivering, holding for sale, returning, transferring or otherwise moving, storing or disposing in any manner products bearing the Chanel Marks, and/or marks identical and/or confusingly similar thereto;

1          (c)     Using the Chanel Marks or any reproduction, counterfeit, copy or

2  colorable imitation thereof in connection with the manufacture, importation,

3  distribution, advertisement, offer for sale and/or sale of merchandise comprising not

4  the genuine products of Chanel, or in any manner likely to cause others to believe that

5  Defendants' products are connected with Chanel or Chanel's genuine merchandise;

6          (d)     Assisting, aiding or attempting to assist or aid any other person or

7  entity in performing any of the prohibited activities referred to in Paragraphs 5(a) to

8  5(c) above.

9       6.     The parties shall bear their own costs and attorneys' fees associated with

10  this action.

11       7.     The execution of this Consent Judgment shall serve to bind and obligate

12  the parties hereto.

13       8.     The jurisdiction of this Court is retained for the purpose of making any

14  further orders necessary or proper for the construction or modification of this Final

15  Judgment, the enforcement thereof and the punishment of any violations thereof.

16       9.     Except as otherwise provided herein, this action is fully resolved with

17  prejudice as to Defendants K.H. Jewelry International and U Hong Kuan only.  Such

18  dismissal shall not have preclusive effect on those who are not a party to this

19  Stipulation or who are not specifically released in the parties' written settlement

20  agreement, all claims against whom Chanel expressly reserves.

21

22  **IT IS SO ORDERED.**

23

24  DATED:  May 04, 2015

25                       Hon. Dean D. Pregerson
                             **United States District Judge**

26

27

28